IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HILDA OSARIO,** | Case No. 1:13-CV-01853-LJO-GSA |
| Plaintiff, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| **CREDIT SOLUTIONS CORP.,** | |
| Defendant. | |

Based upon the Stipulation to Dismiss by all appearing parties, Doc. 18, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above reference matter is hereby dismissed with prejudice. The Clerk of Court is directed to CLOSE THIS CASE.

IT IS SO ORDERED.

  Dated:   **October 27, 2014**              **/s/ Lawrence J. O'Neill**
                                            UNITED STATES DISTRICT JUDGE